**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-6803**

TYRELLE DEYON JONES,

              Petitioner – Appellant,

        v.

UNITED STATES OF AMERICA; WARDEN BERKERBILE,

              Respondents – Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  James C. Cacheris, Senior District Judge.  (1:11-cv-00372-JCC-IDD)

Submitted:  September 13, 2011      Decided:  September 16, 2011

Before AGEE, DAVIS, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Tyrelle Deyon Jones, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tyrelle Deyon Jones appeals the district court's orders denying his petition for writ of habeas corpus, pursuant to 28 U.S.C.A § 2241 (West 2006 & Supp. 2011), and denying his motion to alter or amend judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Jones v. United States, No. 1:11-cv-00372-JCC-IDD (E.D. Va. Apr. 14, 2011; May 18, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED